BERT PEACE v. THE STATE.

No. 4560. Decided June 27, 1917.

Burglary—Private Residence—Statement of Facts.

In the absence of a statement of facts it must be presumed that the defendant has had a fair and impartial trial, and that the evidence sustains the conviction.

Appeal from the District Court of Hill. Tried below before the Hon. Wharton B. Porter.

Appeal from a conviction of burglary; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks*, Assistant Attorney General, for the State.

MORROW, JUDGE.—Appellant was convicted upon sufficient indictment charging burglary of a private residence and punishment fixed at five years confinement in the penitentiary.

The record contains the charge submitting the elements of the offense. It was a jury trial and the judgment appears regular. There are no bills of exceptions pointing out any errors in the procedure or unfairness in the trial, and the record contains no statement of facts. The sufficiency of the evidence must be presumed.

The judgment of the lower court is affirmed.

*Affirmed.*